Opinion by RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

**No. 65818.**—Schenley Import Corp. *v.* United States, protests 129963–K, 129968–K, and 129969–K (Philadelphia).

Opinion by RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

**No. 65819.**—James Barclay & Co., Ltd., et al. *v.* United States, protests 164541–K/2905, etc. (Chicago).

Opinion by RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

JUNE 14, 1961

**No. 65820.**—Richard S. Reade *v.* United States, protests 60/23207 and 60/23208.— Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, JUNE 19, 1961

**No. 65821.**—F. W. Myers & Co., Inc., for a/c Ayerst Laboratories, Inc. *v.* United States, protests 59/31713, 59/31717, and 60/7722 (Ogdensburg).